**STUART F. DELERY**
Assistant Attorney General
**JUDRY L. SUBAR**
Assistant Branch Director, Federal Programs Branch
**BRADLEY H. COHEN** (D.C. Bar No. 495145)
bradley.cohen@usdoj.gov
Trial Attorney
Civil Division, Federal Programs Branch
20 Massachusetts Ave, N.W., Rm. 7338
Washington, D.C. 20001
Telephone:    (202) 305-9855
Facsimile:    (202) 616-8202
Attorneys for Defendant.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OAK HARBOR FREIGHT LINES, INC.** | **Case No.:3:13-CV-01100-HZ** |
| **Plaintiff,** | |
| v. | **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| **THOMAS E. PEREZ, in his official capacity as Secretary of Labor, U.S. Department of Labor.**[1] | **FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |
| **Defendant.** | |

Defendant Thomas E. Perez, in his official capacity as Secretary of the U.S. Department

of Labor, moves this Court for dismissal of Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(1),

---

[1] Under Fed. R. Civ. P. 25(d), Thomas E. Perez has been substituted for Seth D. Harris in his official capacity as Defendant in this case.

**Page 1**    Defendant's Motion to Dismiss
          *Oak Harbor Freight Lines, Inc. v. Thomas E. Perez*, 3:13-CV-01100-HZ

or in the alternative, under 12(b)(6).  Grounds for this motion are fully set forth in the memorandum filed in support of this motion.

Pursuant to Local Rule 7-1, the undersigned contacted counsel for Plaintiff, and Plaintiff opposes this motion.

Respectfully submitted this 3rd day of September, 2013.

        STUART F. DELERY
        Assistant Attorney General
        JUDRY L. SUBAR
        Assistant Branch Director,
        Federal Programs Branch

        */s/ Bradley H. Cohen*
        BRADLEY H. COHEN
        Trial Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on September 3, 2013, copies of Defendant's motion to dismiss, memorandum in support of this motion, and proposed order were filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

                                            */s/ Bradley H. Cohen*
                                            BRADLEY H. COHEN